UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE ALESI, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>-against-<br><br>ENCORE RECEIVABLE MANAGEMENT, INC. AND CONVERGYS CORPORATION,<br><br>    Defendants. | Docket No. 2:17-cv-6473<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE,** that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants ENCORE RECEIVABLE MANAGEMENT, INC., ("ERM") and CONVERGYS CORPORATION ("CC") (collectively referred to herein as "Defendants") hereby give notice of the removal of this action from the Supreme Court of the State of New York, County of Suffolk, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendants state:

1. On June 27, 2017, Plaintiff filed a summons with notice in this action styled *Caroline Alesi, on behalf of himself[1] and all others similarly situated v. Encore Receivable Management, Inc., Convergys Corporation,* bearing Index No.: 612043/2017, before the Supreme Court of the State of New York, County of Suffolk. A copy of the Summons with Notice is annexed hereto as Exhibit "A".

2. On or about October 23, 2017, the Summons with Notice was served on CC.

3. On or about October 23, 2017, the Summons with Notice was served on ERM.

---

[1] The caption on the Summons with Notice included the language "on behalf of *himself*", whereas the caption on the Notice of Commencement of Action Subject to Mandatory Electronic Filing included the language "on behalf of *herself*". The caption used herein is the caption from the Summons with Notice.

4. The Summons with Notice alleges, in sum and substance, that Defendants violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* Accordingly, this action may be removed pursuant to 28 U.S.C. §1441 as this Court has federal question jurisdiction under 28 U.S.C. §1331.

5. Additionally, the Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. §1367.

6. This Notice of Removal is timely filed within thirty (30) days after Defendants first received a copy of the Summons with Notice setting forth the basis for claims for relief and existence of federal question jurisdiction. 28 U.S.C. §1446(b); *See Boone v. Thane*, 07-CV-4358 (SLT)(VVP), 2009 WL 910556 at *2 (E.D.N.Y. March 31, 2009); *citing Fernandez v. Hale Trailer Brake & Wheel*, 332 F.Supp.2d 621, 624 (S.D.N.Y. 2004).

7. A civil cover sheet and the payment of the required filing fee accompany this Notice.

8. Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Suffolk.

Dated:   New York, New York
         November 7, 2017

                                        HINSHAW & CULBERTSON LLP
                                        *Attorneys for Defendants*
                                        ENCORE RECEIVABLE MANAGEMENT, INC. and CONVERGYS CORPORATION

                                   By:  *s/ Ellen B. Silverman*
                                        Ellen B. Silverman
                                        800 Third Avenue
                                        13th Floor
                                        New York, NY 10022
                                        Tel: 212-471-6200
                                        esilverman@hinshawlaw.com

To:        Mitchell L. Pashkin, Esq.
            775 Park Avenue, Ste., 255
            Huntington, New York 11743
            Tel: 631-335-1107
            *Attorney for Plaintiff*

300640571v1 1003161