```
                                                          FILED
                                                    IN CLERK'S OFFICE
                                                U.S. DISTRICT COURT E.D.N.Y.

                                                  ★   MAY 17 2018   ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

---

CAROLINE ALESI, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

ENCORE RECEIVABLE MANAGEMENT, INC. et al.

        Defendants.

Docket No. 2:17-cv-06473-JFB-SIL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff Caroline Alesi and defendants Encore Receivable Management, Inc. and Convergys Corp., that the above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party.

Dated:    New York, New York
             May 16, 2018

| | |
|---|---|
| **MITCHELL L. PASHKIN, ESQ.**<br>Attorneys for Plaintiff | **HINSHAW & CULBERTSON LLP**<br>Attorneys for Defendants |
| *s/ Mitchell L. Pashkin*<br>Mitchell L. Pashkin, Esq.<br>755 Park Avenue<br>Ste. 255<br>Huntington, NY 11743<br>Tel: 631-335-1107 | *s/ Nicholas A. Corsano*<br>Nicholas A. Corsano<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022<br>Tel: 212-471-6200<br>ncorsano@hinshawlaw.com |

*The clerk shall close the case.*

SO ORDERED

/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: May 17, 2018
Central Islip, N.Y.

301886147v1 1003161